IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STATE AUTO MUTUAL INSURANCE
COMPANY,

        Plaintiff(s),

v.

J. ROBERT MCCUTCHEON d/b/a BOB'S
TOWING AND AUTO REPAIR, WILLIAM
ALEXANDER, and JOYCE STEINER

        Defendant(s).

08cv0350
**ELECTRONICALLY FILED**

### Order of Court

And now, this 6th day of January, 2009, in light of the foregoing memorandum opinion on summary judgment, it is HEREBY ORDERED:

(1) Plaintiff's motion for summary judgment (doc. no. 30) is GRANTED;

(2) Judgment is hereby entered in favor of plaintiff and against defendants; and

(3) The Clerk shall mark the docket closed.

        s/Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge

cc:    All counsel of record

William Alexander
410 Mars Valencia Road
Mars, PA 16046